COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:               01-19-00408-CV

Style:                      Mark and Kelly Hall v. Randy and Melinda Rogers

Date motion filed*:         August 7, 2019

Type of motion:            Unopposed Motion for Extension of Time to File Brief

Party filing motion:       Appellants Mark and Kelly Hall

Document to be filed:      N/A

If motion to extend time:

    Original due date:             N/A

    Number of extensions granted:      0          Current Due Date:  N/A

    Date Requested:                September 23, 2019

Ordered that motion is:

    ☐ Granted in part

    ☑ Denied (<u>without prejudice</u>)

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Although the reporter's record was filed on July 23, 2019, the clerk's record has not yet been filed and the district clerk is set to respond to the Clerk of this Court's July 22, 2019 notice by August 21, 2019.  Accordingly, appellants' motion for extension of time to file brief is **denied without prejudice** to refiling after the clerk's record is filed. *See* TEX. R. APP. P. 38.6(a) (stating that appellant's brief will be due 30 days after later of filing of clerk's or reporter's record).

Judge's signature: ___/s/ Laura C. Higley_____

               ☑ Acting individually      ☐ Acting for the Court

Date:  __August 13, 2019__